FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 1 0 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 24-1277 JCH |
| vs. | ) 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi): |
| | ) Distribution of 400 Grams and More of |
| **EDGAR CHAVEZ-RENDON**, | ) Fentanyl (N-phenyl-N-[1-(2-phenylethyl)- |
| | ) 4-piperidinyl] propanamide). |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges:

On or about September 16, 2020, in Bernalillo County, in the District of New Mexico, the defendant, **EDGAR CHAVEZ-RENDON**, unlawfully, knowingly, and intentionally distributed a controlled substance, and the offense involved 400 grams and more of a mixture and substance containing a detectable amount of fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide).

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(vi).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

*[signature]*
Assistant United States Attorney